FILED

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

2019 JUN 10 AM 11: 42

for the

Central District of California

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

Western Division

| | | |
|---|---|---|
| Patrick Branson | ) | Case No. 2:19-cv-04600-AB-MAA |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | Jury Trial: *(check one)*  ☐ Yes  ☑ No |
| -v- | ) | |
| Stephanie Branson<br>Harry Weber, Dan McDonough<br>Bill Dewitt III, Bill Dewitt Jr, St Louis Cardinals, LLC | ) ) ) ) | |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | |

## First Amended COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Patrick Branson |
| Street Address | 3626 Orange Ave |
| City and County | Long Beach, Los Angeles County |
| State and Zip Code | CA, 90807 |
| Telephone Number | 310-703-2588 |
| E-mail Address | we.entertainmentllc@gmail.com |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### Defendant No. 1

| | |
|---|---|
| Name | Stephanie Branson |
| Job or Title *(if known)* | LMT |
| Street Address | 10738 Larkspur Dr |
| City and County | Saint Louis |
| State and Zip Code | MO, 63123 |
| Telephone Number | 314-278-9055 |
| E-mail Address *(if known)* | cloud9massage2016@gmail.com |

### Defendant No. 2

| | |
|---|---|
| Name | Harry Weber |
| Job or Title *(if known)* | Sculptor |
| Street Address | 11405 Macs Cove |
| City and County | Wright City, Warren County |
| State and Zip Code | MO, 63390 |
| Telephone Number | 636-443-9374 |
| E-mail Address *(if known)* | harry@harryweber.com |

### Defendant No. 3

| | |
|---|---|
| Name | Bill Dewitt III |
| Job or Title *(if known)* | President of the Saint Louis Cardinals |
| Street Address | 700 Clark Street |
| City and County | St Louis City |
| State and Zip Code | MO, 63102 |
| Telephone Number | 314-345-9600 |
| E-mail Address *(if known)* | gkell@cardinals.com |

### Defendant No. 4

| | |
|---|---|
| Name | St Louis Cardinals, LLC |
| Job or Title *(if known)* | |
| Street Address | 700 Clark St |
| City and County | St Louis City |
| State and Zip Code | MO, 63102 |
| Telephone Number | 314-345-9600 |
| E-mail Address *(if known)* | gkell@cardinals.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 5
    Name    Dan McDonough
    Job or Title *(if known)*    LMT
    Street Address    117 North Kirkwood Road #106
    City and County    Kirkwood, Saint Louis County
    State and Zip Code    MO, 63122
    Telephone Number    314-322-6332
    E-mail Address *(if known)*

Defendant No. 6
    Name    Bill Dewitt Jr
    Job or Title *(if known)*    Business Owner
    Street Address    700 Clark St
    City and County    St Louis City
    State and Zip Code    MO, 63102
    Telephone Number    314-345-9600
    E-mail Address *(if known)*    wod@cardinals.com

Defendant No. 7
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 8
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* **Patrick Branson**, is a citizen of the State of *(name)* **California**.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* **Stephanie Branson, Harry Weber, Bill Dewittjr Bill Dewitt III, Dan McDonough**, is a citizen of the State of *(name)* **Missouri**. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* **St Louis Cardinals, LLC**, is incorporated under the laws of the State of *(name)* **Missouri**, and has its principal place of business in the State of *(name)* **Missouri**.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$140,000 for Cloud 9 Massage, Inc.
$250,000 for Molding Giants, a feature length film made under a business agreement
both are connected through the same act of Deceit

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I owned a business with my wife worth in excess of $140,000. I also had a business agreement with Harry Weber to make a feature length film that included the Cardinal Organization. Stephanie and I were having marital problems due to infidelity and Stephanie hiding things. She coerced me into signing a contract by threatening to kick me out of the house, then lied and said her mother offered her $10,000 to buy me out. I moved to California to sell the film I made over 2 years. I discovered Harry Weber had secretly taken sides against me in this divorce while I was working to honor him. When I discovered the Deceit, Stephanie tried to exploit the poverty this caused stopping payment on the already misrepresented contract. Harry Weber is a Massage Client of Stephanie's.
I was also threatened with physical violence by Dan McDonough in relation to Stephanie and Cloud 9.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$140,000 Cloud 9 Massage, Inc Breach of Contract and Deceit/Misrepresentation
$22,500 Molding Giants Business Contract (Film), $20,000 Reliance Damages moving to California.
$50,000 Discrimination and Defamation
$50,000 in Special Damages as this has caused me a severe hardship including food stamps.
$107,500 in Punitive Damages
Total $400,000

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/10/2019

Signature of Plaintiff   *Patrick S Branson*
Printed Name of Plaintiff   Patrick Branson

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address