1  Patrick Branson
2  3626 Orange Ave
3  Long Beach, CA 90807
4  P: 310-703-2588
5  F: 310-861-8496
6  Plaintiff in Pro Per

7

8

9

10              **UNITED STATES DISTRICT COURT**
11             **CENTRAL DISTRICT OF CALIFORNIA**

12

13 Patrick Branson,                  | Case No.: 2:19-cv-04600-AB-MAAx
14           Plaintiff,               | **CERTIFICATE OF SERVICE**
15     vs.
16 Stephanie Branson, etal,          | Hearing Date: July 19th, 2019
17           Defendants.             | 10:00am Courtroom 7B
18                                    | Hon. André Birotte Jr.
19                                    | Complaint filed: May 28, 2019

20

21     The undersigned hereby certifies that a true and correct copy of the above
22     and foregoing pleading was served on the ___19th___ day of
23     _____June_____, 2019 through electronic mail and postal service upon
24     the following party: Harry O'Rourke C/O Stephanie Branson, etal
25     222 S Central Ave Ste 202, St Louis, MO 63105
26     Email: horourke@lawsmo.com
27     _Patrick S Branson_____
28     Pro Se Plaintiff

                                    Motion
                                    Declaration
                                    Memorandum

                          1