UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-5

CIVIL MINUTES - GENERAL

| Case No.: | CV 19-04600-AB (MAAx) | Date: | July 18, 2019 |

Title: *Patrick Branson v. Stephanie Branson et al.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] Order Reopening Case

On June 10, 2019 *pro se* Plaintiff Patrick Branson ("Branson") filed a Motion for Injunction (Dkt. No. 9).   The hearing was set for July 12, 2019.   On June 19, 2019, Branson filed a Motion to Amend Preliminary Injunction".   (Dkt. No. 17)   The hearing was set for July 19, 2019.   On July 12, 2019[1], the Court held a hearing on *pro se* Plaintiff Patrick Branson's ("Branson") Motion for Injunction.   No party appeared on the matter, so the Court dismissed the case.   In its written order (Dkt. No. 22), the Court also expressed concerns about subject matter jurisdiction on the basis of Plaintiff's pleadings.

On July 17, 2019, the Court received a Notice of Intent to Appeal and File Official Complaint Against Judge for 5th Ammendment [sic] Violation.   (Dkt. No. 23).   In this document, Branson accused the Court of "Dishonest Influence."   (*Id.* at 2).

Also on July 17, 2019, Branson filed a First Amended Notice of Intent to Appeal and File Official Complaint Against Judge for 5th Ammendment [sic] Violation.   (Dkt.

---

[1] In the Court's Motion to Dismiss (Dkt. No. 22), the Court erroneously stated the hearing date was July 15, 2019.

No. 24).  As gleaned from this filing, Branson believed that the hearing set for July 12, 2019 had been vacated upon filing of his Motion to Amend Preliminary Injunction. However, the July 12, 2019 hearing was still set, and Plaintiff did not appear.

Nevertheless, the Court acknowledges that this confusion has prevented Plaintiff from attending a hearing.  Accordingly, the Court **reopens** Plaintiff's case and the hearing set for July 19, 2019 at 10:00 am is **reinstated**.

**IT IS SO ORDERED.**