UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 19-04600-AB (MAAx) | Date: | July 19, 2019 |

| | |
|---|---|
| Title: | Patrick Branson v. Stephanie Branson et al |

| | |
|---|---|
| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Patrick Branson, Pro Se | None Appearing |

**Proceedings:** PLAINTIFF'S MOTION TO AMEND PRELIMINARY INJUNCTION [17]

The Court and Mr. Branson confer.

For the reasons stated on the record, the matter is continued to Friday, August 23, 2019, at 9:00 am.

|  |  |  |
|---|---|---|
|  | 00 | : 20 |
| CV-90 (12/02) | CIVIL MINUTES - GENERAL | Initials of Deputy Clerk CB |